**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**TARVIO WALKER (# 01251)**                                                     **PLAINTIFF**

**v.**                                                                                           **No. 1:08CV109-P-A**

**MICHAEL MARTH, ET AL.**                                                  **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** for failure to exhaust state remedies.

**SO ORDERED,** this the 1st day of December, 2008.

                                                                         /s/ W. Allen Pepper, Jr.
                                                                         W. ALLEN PEPPER, JR.
                                                                         UNITED STATES DISTRICT JUDGE